# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SOPHIA EGGLESTON,

    Plaintiff,

v.

LEE DANIELS, et al.,

    Defendant.

Case No. 15-11893
Hon. Terrence G. Berg

## ORDER STRIKING PLAINTIFF'S VARIOUS MOTIONS AND AFFIDAVIT AS FRIVOLOUS (Dkts. 94, 95, 96, 97) AND DIRECTING PLAINTIFF TO THE COURT'S PREVIOUS ORDER

Plaintiff Sophia Eggleston voluntarily dismissed this case in March, 2017. Dkt. 79. Plaintiff subsequently filed a "Motion to Re-open" her case in May, 2017 (Dkt. 81), which the court denied along with several other accompanying, miscellaneous motions. Dkt. 93. In that order, the court advised Plaintiff that because she had stipulated to dismissal of her case without prejudice she could file a new Complaint (i.e. an entirely new case) if she chose. Instructions on how to do so can be found here: https://www.mied.uscourts.gov/PDFFIles/HowToFileYourLawsuitHandbook.pdf.

The court will therefore strike Plaintiff's remaining filings (Dkts. 94, 95, 96, 97) and any further filings as frivolous.

**SO ORDERED**.

Dated: August 10, 2018
s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

**Certificate of Service**

I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served on August 21, 2018.

s/A. Chubb
Case Manager